# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Baltimore

In re:    Case No.: **22−13686 − NVA**    Chapter: **13**

**Wayne G. Chapin**
Debtor

## NOTICE OF NON−COMPLIANCE
## AND OF POSSIBLE DISMISSAL OF CASE

**WARNING** – The Trustee in your case has notified the Court that the debtor has not provided:

A copy of the Federal income tax return to the trustee pursuant to § 521(e)(2)(A) of Title 11 U.S.C.

Accordingly, you have **14** days from the date of this notice to respond before the Court makes a decision on the dismissal of this case.

**Do not file copies of payment advices or Federal income tax returns with the Court. Payment advices and tax returns are to be provided to the trustee.**

Dated: 9/2/22

                                                    Mark A. Neal, Clerk of Court
                                                    by Deputy Clerk, Kizzy Fraser
                                                    410−962−4277

cc:    Debtor
        Attorney for Debtor – Lawrence F. Regan Jr.
        Case Trustee – Rebecca A. Herr
        All Creditors

Form trnoncmp